GLENN A. IRVIN, as Trustee in Bankruptcy of the Estate of FRANK M. SCHARDT, Bankrupt, Respondent, Appellant, v. FRANK M. SCHARDT and KATHERINE SCHARDT, Appellants, Respondents.— Motion in so far as it prays for a reargument denied and in so far as it prays for an order granting a new trial on the ground of newly-discovered evidence denied without prejudice to another application at the Special Term for relief. Memorandum: This court does not pass upon the merits of the motion for a new trial. [See *ante*, p. 474.] Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

MARY BARRY, Appellant, v. HARRY LEWIS, WILLIAM PLACE and MAY KINGSBURY PLACE, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

GEORGE C. RILEY, Appellant, v. THE PRUDENTIAL SOCIETY, INC., Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

In the Matter of the Estate of MARY A. CARMICHAEL, Deceased. MARTHA YOUNG, Appellant; MERTIE C. KIRBY, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EUNICE DEUEL, Respondent, v. LESTER SHAW, Appellant.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EDWARD I. LEVY, Appellant, v. ASHTON E. LISCUM and BETTER ICE CREAM Co., INC., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

HARVEY P. CANNON, JR., an Infant, by SALVADOR J. CAPECELATRO, His Guardian ad Litem, Appellant, v. HARVEY P. CANNON, Individually and as Administrator, etc., of GRACE B. CANNON, Deceased, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

THOMAS CONDON, Appellant, Respondent, v. STATE OF NEW YORK, Respondent, Appellant. (Claim No. 25492.) — Motion to strike out reply brief of defendant denied. [See *ante*, p. 1064.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of A. EDMUND LEE, for Reinstatement as an Attorney and Counselor-at-Law.— Application for reinstatement granted. [See 243 App. Div. 862.] Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of KARL A. McCORMICK, Proctor of the Bar for the Eighth Judicial District.— Order of reference entered. Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of WILLIAM L. CLAY, an Attorney and Counselor-at-Law, Respondent.— Order entered opening the proceeding and referring the matter to Hon. Harry L. Taylor to report whether respondent's conduct was merely thoughtless or whether it was motivated by a wrongful purpose and if necessary to take additional proof, in accordance with the opinion of the Court of Appeals filed March 5, 1940. [See 282 N. Y. 140, revg. 256 App. Div. 528.] Present — Crosby, P J., Cunningham, Dowling, Harris and McCurn, JJ.